**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01386-CV

**HARRY DAVIS D/B/A FIRST HOME CONSULTING, Appellant**

**V.**

**WILLIE HOLMES D/B/A APEX PROPERTIES AND
MANAGEMENT COMPANY, ET AL, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-12737**

## ORDER

We **GRANT** appellant's March 18, 2013 motion for an extension of time to file a brief.

Appellant shall file his brief on or before **Monday, April 22, 2013**. We caution appellant that no

further extension of time will be granted absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE